E-FILED 04-18-2011
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRITT REX,<br><br>    Plaintiff,<br><br>  vs.<br><br>PATRICK WILLIAMS, KATE SINGER, CITY OF DESERT HOT SPRINGS, a public entity; and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | Case No.: CV 10-07595 GHK (DTBx)<br><br>*Honorable George H. King*<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION OF DISMISSAL |

[~~PROPOSED~~] ORDER

The Court has reviewed the parties fully executed Stipulation for Dismissal. Based upon a review of the record and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety *with prejudice*. Each Party shall bear their own attorneys' fees and costs, except as provided in the agreement. IT IS SO ORDERED.

Dated: 4/15/11

HON. GEORGE H. KING
UNITED STATES DISTRICT COURT JUDGE